UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tijuana and Gregory Singleton, | : <br> : <br> : Civil Action No.: 2:12-cv-04447-SD <br> : |
| Plaintiffs, <br> v. <br><br> Commercial Recovery Systems, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Tijuana and Gregory Singleton ("Plaintiffs"), by Plaintiffs' attorney, hereby withdraw the complaint and voluntarily dismiss this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 28, 2012

Respectfully submitted,

PLAINTIFFS, Tijuana and Gregory Singleton

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                    By /s/ Jody B. Burton_____
                                                            Jody B. Burton